UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

UNITED STATES OF AMERICA          :     **TRAVEL ORDER**

    - v -                              :     23 CR. 137 (KPF)

RICHARD STUART,                    :

                Defendant.   :

-----------------------------------x

    Upon the application of **Richard Stuart**, by his attorney, Jonathan Marvinny, Esq., Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish Richard Stuart with funds to cover the cost of travel from Palm Springs, California to New York, New York in advance of his arraignment on March 29, 2023 at 3:00PM;

    **ORDERED** that Mr. Stuart's flight arrive in New York no earlier than 7:00AM on March 29, 2023, and no later than 11:00AM on March 29, 2023;

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

Dated:  New York, New York        **SO ORDERED:**

        March 16, 2023

                                                      _____
                                                      **HON. KATHERINE POLK FAILLA**
                                                      **United States District Judge**