UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>RICHARD STUART,<br><br>      Defendant. | 23 Cr. 137 (KPF)<br><br>SCHEDULING ORDER |

KATHERINE POLK FAILLA, District Judge:

  As discussed at the parties' conference with the Court in this matter on August 31, 2023, the parties are directed to comply with the following briefing schedule: Defendant's pre-trial motions shall be due on **November 17, 2023**. The Government shall submit its responses, if any, on or before **December 15, 2023**. Defendant's reply, if any, shall be due on or before **January 5, 2024. The** Court will hear oral argument in this matter on **January 25, 2024, at 2:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

  Further, it is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **February 12, 2024, at 9:00 a.m.**;
- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **January 16, 2024;**
- Any opposition papers to motions in limine will be due **January 23, 2024**; and

- The final-pretrial conference will be scheduled for **January 30, 2024, at 11:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.

It is further ORDERED that time is excluded under the Speedy Trial Act between August 31, 2023, and February 12, 2024. The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the defendant in a speedy trial because it will permit Defendant and defense counsel to continue to review discovery and permit the parties to consider a pre-trial disposition.

SO ORDERED.

Dated: August 31, 2023
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge