UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA           :    **TRAVEL ORDER**

    - v -                          :    23 CR. 137 (KPF)

RICHARD STUART,                    :

               Defendant.   :

------------------------------------x

    Upon the application of **Richard Stuart**, by his attorney, Christopher A. Flood, Esq., Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

    **ORDERED** that the United States Marshals Service furnish Richard Stuart with funds to cover the cost of travel from Palm Springs, California to New York, New York in advance of his plea hearing on January 30, 2024 at 11:00AM;

    **ORDERED** that Mr. Stuart's flight arrive in New York no earlier than 11:00AM on January 29, 2024, and no later than 11:00PM on January 29, 2024;

    **ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

    The Clerk of the Court is directed to terminate the pending motion at docket number 34.

                                                   SO ORDERED.

Dated:   January 25, 2024
           New York, New York

                                                   HON. KATHERINE POLK FAILLA
                                                   UNITED STATES DISTRICT JUDGE